UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

### Clerk's Minutes

Before the Honorable James Starzynski

James Burke, Law Clerk
Jill Peterson, Courtroom Deputy

**\*\*Hearing was Digitally Recorded**

**Date:**
**MONDAY, AUGUST 14, 2006**

**In Re:**
**HUSAM ALIBWEH**
**No. 7-05-18120 S**

**PHILIP J. MONTOYA, TRUSTEE**
**No. 06-1142 S**
**v.**
**SKYWAY TRADING COMPANY, INC.**

**Initial Pretrial Conference (recover) (ans. #6)**

**Attorney for Plaintiff: Daniel Behles**
**Attorney for Defendant: Louis Puccini**

_____

**TIME STARTED: 10:23**              **TIME ENDED: 10:30**

**Summary of Proceedings:**          Exhibits _____

                                     Testimony _____

**MOTION FOR SUMMARY JUDGMENT DUE SEPT. 28, 2006**

**BEHLES WILL PREPARE SCHED. ORDER**